

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2014

No. 04-14-00347-CR

The **STATE** of Texas,
Appellant

v.

Victor Manuel **SCHUNIOR**, Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRM000371 D1
The Honorable Joe Lopez, Judge Presiding

## O R D E R

The Appellee's motion for extension of time to file the brief is GRANTED. Time is extended to November 17, 2014. No further extensions of time will be granted absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court